UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

NORTHWESTERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:09-mj-091 |
| Plaintiff, | |
| | NOTICE OF APPEAL |
| vs. | |
| CHARLES EDWARD JARDEE, | |
| Defendant. | |

_____

The Defendant, Charles Edward Jardee, by and through his attorney, Assistant Federal Public Defender William D. Schmidt, Pursuant to 18 U.S.C. § 3402 and Rule 59.1(D)(1) of D.N.D. Crim. L. R. Appeals from the March 5, 2010, Judgment and Conviction entered by the United States Magistrate Judge.

The undersigned requests that the Court advise the parties of the briefing schedule it will follow with respect to this appeal.

Dated this March 11, 2010.

Respectfully submitted,

JANA MINER
Acting Federal Public Defender
By:

*/s/ William D. Schmidt*
William D. Schmidt, (ND Bar ID#03339)
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
324 North 3rd Street, Suite 1
Bismarck, ND 58501
Telephone: 701-250-4500 Facsimile: 701-250-4498
filinguser_SDND@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2010, the following document(s):

**NOTICE OF APPEAL**

were filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

>Rick Volk
>rick.volk@usdoj.gov

I further certify that copy of the foregoing documents and the Notice of Electronic Filing will be mailed first class mail, postage paid, to the following non-ECF participants:

>*/s/ William D. Schmidt*
>William D. Schmidt,
>Assistant Federal Public Defender